UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bernail Gardner, | Civil No. 08-4788 (PAM/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| Decision One Mortgage Company, LLC, Residential Finance Corporation, Homecomings Financial, LLC, Mortgage Electronic Registration Systems, Inc., | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of Chief United States Magistrate Judge Raymond L. Erickson dated July 31, 2008. In the R&R, Magistrate Judge Erickson recommends that the Court deny Plaintiff's application to proceed in forma pauperis. Plaintiff has not filed objections to the R&R in the time period permitted. Accordingly, the Court **ADOPTS** the R&R (Docket No. 3).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed in forma pauperis (Docket No. 2) is **DENIED**.

Dated: Monday, August 18, 2008

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge