UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bernail Gardner, | Civil File No. 08-CV-4788 PAM/RLE |
| Plaintiff, | |
| v. | |
| Decision One Mortgage Company, LLC, Residential Finance Corporation, Homecomings Financial, LLC, Mortgage Electronic Registration Systems, Inc., and The Bank of New York Trust Company, N.A., as Trustee, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

---

Based on the parties' Stipulation of Dismissal With Prejudice Between Plaintiff And Defendants Homecomings Financial, LLC, Mortgage Electronic Registration Systems, Inc., and The Bank of New York Trust Company, N.A., as Trustee, IT IS HEREBY ORDERED:

That Plaintiff's action against Defendants Homecomings Financial, LLC, Mortgage Electronic Registration Systems, Inc., and The Bank of New York Trust Company, N.A., as Trustee is hereby DISMISSED WITH PREJUDICE.

Dated:  March 25  , 2009.            BY THE COURT:


                                           *s/Paul A. Magnuson*
                                           Paul A. Magnuson
                                           United States District Court Judge