UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bernail Gardner, | Civil File No. 08-CV-4788 PAM/RLE |
| Plaintiff, | |
| v. | |
| Decision One Mortgage Company, LLC, Residential Finance Corporation, Homecomings Financial, LLC, Mortgage Electronic Registration Systems, Inc., and The Bank of New York Trust Company, N.A., as Trustee, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

---

Based on the parties' Stipulation of Dismissal With Prejudice Between Plaintiff And Defendant Decision One Mortgage Company, LLC, IT IS HEREBY ORDERED:

That Plaintiff's action against Defendant Decision One Mortgage Company, LLC is hereby DISMISSED WITH PREJUDICE.


Dated: June 16, 2009.          BY THE COURT:


                               s/Paul A. Magnuson
                               Paul A. Magnuson
                               United States District Court Judge