# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Bernail Gardner

    Plaintiff.      Civil 08-4788 (PAM/RLE)

v.

             **ORDER OF DISMISSAL**

Decision One Mortgage Company, LLC
et al.

    Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.


Dated: July   23  , 2009

                s/Paul A. Magnuson
                Paul A. Magnuson, Judge
                United States District Court