# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Bernail Gardner,<br><br>    Plaintiff,<br><br>v.<br><br>Decision One Mortgage Company, LLC,<br>Residential Finance Corporation,<br>Homecomings Financial, LLC,<br>Mortgage Electronic Registration Systems,<br>Inc., and The Bank of New York Trust<br>Company, N.A., as Trustee,<br><br>    Defendants. | Civil Action No.: 08-CV-04788<br>PAM-RLE<br><br><br>**ORDER FOR DISMISSAL OF CLAIMS AGAINST RESIDENTIAL FINANCE CORPORATION WITH PREJUDICE** |

Based on the Stipulation For Dismissal by and between the parties, the Plaintiff's claims against Residential Finance Corporation shall be and hereby are dismissed with prejudice and without costs or fees to either party.

BY THE COURT:

Dated:  July 31, 2009                s/Paul A. Magnuson
                                             Paul A. Magnuson
                                             United States District Court Judge